UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION

PRIVATE LENDERS GROUP, INC.,    )
                                )
        Plaintiff               )
                                )       No. 3:13-0159
v.                              )       Judge Sharp/Brown
                                )       **Jury Demand**
DOES 1-29,                      )
                                )
        Defendants              )

                            **O R D E R**

This case was set for an initial case management conference on April 15, 2013, at 10:30 a.m. (Docket entry 2). At the appointed hour no one appeared.

The case management notice clearly states that a proposed case management order will be submitted to the Magistrate Judge's chambers three business days before the initial case management conference. If a plan cannot be submitted on time the Plaintiff's counsel is responsible for contacting the Magistrate Judge's office to reschedule the conference. Failure to obtain service on all defendants must be called to the Magistrate Judge's attention and failure to submit the proposed case management order without contacting the Magistrate Judge's office can result in sanctions.

Plaintiff's counsel is directed to show cause within **seven days** why he failed to appear or comply with the initial case management conference. Absent a satisfactory explanation, the Magistrate Judge will impose sanctions for failing to appear and comply with the order and may recommend dismissal of the case under

Federal Rule of Civil Procedure 41 for failure to prosecute and to obey court orders.

It is so **ORDERED**.

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge