UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PRIVATE LENDERS GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:13-0159 |
| | ) | Judge Sharp/Brown |
| DOES 1-29, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

The plaintiff's motion for leave to take discovery prior to the Rule 26(f) conference (Docket Entry No. 9) is GRANTED. Plaintiff may serve Rule 45 subpoenas on the internet service providers ("ISP") it identifies so that the ISPs can divulge the true name, address, telephone number, e-mail address, and MAC address of each Doe defendant that plaintiff can identify. It is further ORDERED that to the extent any ISP in turn identifies a different entity as the ISP providing network access and online services to the Doe defendants, the plaintiff may serve on such later identified ISP limited discovery sufficient to identify the Doe defendants.

It is so **ORDERED**.

s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge