IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PRIVATE LENDERS GROUP, INC | ) | |
| | ) | Case No. 3:13-0159 |
| v. | ) | JUDGE SHARP |
| | ) | |
| DOES 1-29 | ) | |
| | ) | |

**O R D E R**

Pursuant to the Notice of Voluntary Dismissal (Docket No. 26) filed by the plaintiff, this action is hereby dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE